UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Judson Thomas Farley - #083378

Case No.  14-mc-80290-JD

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

In response to the Court's prior Order to Show Cause (Dkt. No. 1), Mr. Farley has represented to the Court that the basis for the Court's order -- *i.e.*, his inactive status with the California state bar -- has been corrected. *See* Dkt. No. 2. He has also submitted a copy of an Order Granting Motion to Set Aside Default issued by the State Bar Court of California on November 10, 2014. Dkt. No. 2-1.

While the Court points out that the copy of the order submitted by Mr. Farley is incomplete, it contains enough information to support Mr. Farley's representation and claim. Consequently, the Court discharges its prior Order to Show Cause, and restores Mr. Farley to active status within this Court's bar.

To the extent Mr. Farley has any ongoing disciplinary issues with the state bar, he is ordered to promptly advise this Court of any rulings or other developments, including any change in his practice status.

**IT IS SO ORDERED**.

Dated:  December 17, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF JUDSON THOMAS FARLEY - #0833,<br><br>Plaintiffs,<br><br>v.<br><br>JUDSON THOMAS FARLEY,<br><br>Defendant. | Case No.  14-mc-80290-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judson Thomas Farley
Attorney at Law
830 Bay Avenue
Suite B
Capitola, CA 95010-2173

Dated: 12/18/2014

Richard W. Wieking
Clerk, United States District Court

By *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO